UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

MELISSA DUNN and
MICHAEL DUNN,

    Plaintiffs,

v.

WAL-MART STORES, INC.,

    Defendant.                                 No. 13-cv-356-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation for Dismissal executed by plaintiffs and defendant.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 24), this case is **DISMISSED** with prejudice.

                                              NANCY J. ROSENSTENGEL,
                                              CLERK OF COURT

                                              BY:    /s/*Sara Jennings*
                                                        **Deputy Clerk**

Dated:   February 3, 2014

                                  Digitally signed by David R. Herndon
                                  Date: 2014.02.03 08:10:40 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT